**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HESTER,<br><br>              Plaintiff,<br><br>     v.<br><br>CLENDENIN, *et al.*,<br><br>              Defendants. | Case No.  1:20-cv-01569-NONE-BAM (PC)<br><br>ORDER GRANTING MOTION TO CORRECT PLAINTIFF'S NAME<br><br>(ECF No. 14)<br><br>ORDER DIRECTING CLERK OF COURT TO PROCESS SERVICE DOCUMENTS |

Plaintiff William Hester ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

On July 21, 2021, the Court found service of the first amended complaint appropriate and directed Plaintiff to complete and return service documents.  (ECF No. 12.)  Plaintiff returned the required documents, together with a notice that the service order incorrectly stated that Plaintiff's name was William Ray Huffman.  (ECF Nos. 13, 14.)  The Court construes the notice as a motion to correct Plaintiff's name, which is granted.  The Court will direct the Clerk of the Court to process the service documents pursuant to the instant order, which includes Plaintiff's correct name.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to correct Plaintiff's name, (ECF No. 14), is GRANTED;
2. Service is appropriate for the following defendant:
   a. **Stephanie Clendenin; Director of State Hospitals**
3. The Clerk of the Court is directed to process the remaining service documents submitted by Plaintiff, (ECF No. 13); and
4. The United States Marshal is directed to serve the above-named defendant under Federal Rule of Civil Procedure 4 without payment of costs.

IT IS SO ORDERED.

Dated: **August 4, 2021**       /s/ *Barbara A. McAuliffe*
                         UNITED STATES MAGISTRATE JUDGE

2