1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM HESTER,                           No.  1:20-cv-01569-DAD-BAM (PC)

12              Plaintiff,

13        v.                                    ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS
14    STEPHANIE CLENDENIN, et al.,
                                                (Doc. No. 27)
15              Defendants.

16

17        Plaintiff William Hester is a civil detainee proceeding *pro se* and *in forma pauperis* in this

18    civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to the California

19    Welfare and Institutions Code § 6600 *et seq.* are considered civil detainees and are not prisoners

20    within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140

21    (9th Cir. 2000).  This matter was referred to a United States Magistrate Judge pursuant to 28

22    U.S.C. § 636(b)(1)(B) and Local Rule 302.

23        On July 7, 2022, the assigned magistrate judge issued findings and recommendations,

24    recommending that defendant Clendenin's motion to dismiss be granted and that this action be

25    dismissed, with prejudice, as time barred.  (Doc. No. 27.)  Those findings and recommendations

26    were served on the parties and contained notice that any objections thereto were to be filed within

27    fourteen (14) days of service.  (*Id.* at 11.)  No objections have been filed, and the deadline in

28    which to do so has since passed.

1

1    In accordance with 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of

2  this case.  Having carefully reviewed the entire file, the court finds the findings and

3  recommendations to be supported by the record and by proper analysis.

4    Accordingly,

5    1.    The findings and recommendations issued on July 7, 2022 (Doc. No. 27) are

6        adopted;

7    2.    Defendant Clendenin's motion to dismiss (Doc. No. 18) is granted;

8    3.    This action is dismissed, with prejudice, as time barred; and

9    4.    The Clerk of the Court is directed to close this case.

10  IT IS SO ORDERED.

11    Dated:   **August 20, 2022**                          _____

12                          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28